# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GRACE K. SANCHEZ,**<br><br>**Defendant.** | **PO-21-05242-GF-JTJ**<br><br>**VIOLATION:**<br>**E1103395**<br>**Location Code: M13**<br><br>**ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the initial appearance in this case currently scheduled for December 9, 2021 is **VACATED and RESCHEDULED** for 9:00 a.m. on February 10, 2022, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 2nd day of December, 2021.

John Johnston
United States Magistrate Judge