IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-21-5242-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1103395 |
| vs. | Location Code: M13 |
| GRACE K. SANCHEZ, | ORDER |
| Defendant. | |

Based upon the United States' unopposed motion to accept the defendant's payment of a $220 fine and $30 processing fee for violation E1103395 (for a total of $250), and for good cause shown, **IT IS ORDERED** that the $250 fine paid by the defendant is accepted as a full adjudication of violation E1103395.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about February 10, 2022 is **QUASHED**.

DATED this 1st day of March, 2022.

John Johnston
United States Magistrate Judge